**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 16-53244 |
| Jeffrey A. Barker, | : | Chapter 13 |
| Cori R. Barker | | |
| Debtors | : | Judge John E. Hoffman Jr. |

**DEBTORS' AMENDMENT TO SCHEDULE I**

Debtors hereby amend schedule "I", Current Income of Individual Debtor, to add

income verification for the business (see attached Exhibit "A").

Respectfully submitted,

Date: __10/10/16_____

/s/ Katharine Granger
Katharine Granger (0079143)
3757 Attucks Drive
Powell, OH 43065
(614) 389-4941 Phone
(614) 389-3857 Fax
kgranger@granger-law-firm.com
*Attorney for Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 16-53244 |
| Jeffrey A. Barker, | : | Chapter 13 |
| Cori R. Barker | | |
| Debtors | : | Judge John E. Hoffman Jr. |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached Debtors' Amendment to Schedule I was served upon the parties listed below this 10th day of October 2016 electronically or by regular U.S. mail, postage pre-paid.

**SERVED ELECTRONICALLY**:

U.S. Trustee
170 N. High Street, Suite 200
Columbus, Ohio 43215

Faye English
Chapter 13 Trustee

**SERVED VIA REGULAR U.S. MAIL**:

Jeffrey & Cori Barker
4200 Township Road 233
Cardington OH 43315

/s/ Katharine Granger_____
Katharine Granger (0079143)

Fill in this information to identify your case:

Debtor 1: **Jeffrey A. Barker, Sr.**

Debtor 2: **Cori R. Barker**
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number: **2:16-bk-53244**
(If known)

Check if this is:

☒ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

Official Form 106I

## Schedule I: Your Income    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| Occupation | **ATV Repair** | **Income Maintenance** |
| Employer's name | **Extreme Tec ATV LLC** | **Delaware County Ohio** |
| Employer's address | **325 Lee Street**<br>**Mount Gilead, OH 43338** | **140 N. Sandusky Street**<br>**Delaware, OH 43015** |
| How long employed there? | **7 years** | **2 years** |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ **0.00** | $ **2,003.06** |
| 3. | **Estimate and list monthly overtime pay.** | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | $ **0.00** | $ **2,003.06** |

Official Form 106I    **Schedule I: Your Income**    page 1

| | | |
|---|---|---|
| Debtor 1 | **Jeffrey A. Barker, Sr.** | |
| Debtor 2 | **Cori R. Barker** | Case number (*if known*) **2:16-bk-53244** |

|   |   |   | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---:|---:|
|   | **Copy line 4 here** | 4. | $ 0.00 | $ 2,003.06 |
| 5. | **List all payroll deductions:** | | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $ | 0.00 | $ 220.34 |
| 5b. | Mandatory contributions for retirement plans | 5b. $ | 0.00 | $ 200.31 |
| 5c. | Voluntary contributions for retirement plans | 5c. $ | 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. $ | 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. $ | 0.00 | $ 248.99 |
| 5f. | Domestic support obligations | 5f. $ | 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. $ | 0.00 | $ 42.06 |
| 5h. | Other deductions. Specify: **Term Life** | 5h.+ $ | 0.00 + | $ 28.17 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. $ | 0.00 | $ 739.87 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. $ | 0.00 | $ 1,263.19 |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ | 2,226.21 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. $ | 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ | 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. $ | 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. $ | 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. $ | 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. $ | 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ $ | 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. $ | 2,226.21 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $ | 2,226.21 + $ 1,263.19 | = $ 3,489.40 |
| 11. | **State all other regular contributions to the expenses that you list in *Schedule J*.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: | 11. +$ | | 0.00 |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. $ | | 3,489.40 **Combined monthly income** |
| 13. | **Do you expect an increase or decrease within the year after you file this form?** ■ No. ☐ Yes. Explain: | | | |

# Profit & Loss Statement
## for the period April 1 2016 to April 30 2016

## Income

| | | |
|---|---|---|
| Sales & Service | | |
| Total Income | | $30,224.12 |

## Expenses

| | | |
|---|---|---|
| Advertising | $69.08 | |
| Bank Charges / CC Fees | $157.29 | |
| Insurance | $140.80 | |
| Office Software - MIC | $115.00 | |
| Office Supplies | $0.00 | |
| Parts | $20,424.90 | |
| Postage & Printing | $42.09 | |
| Rent | $1,800.00 | |
| Shop Expense | $625.78 | |
| Shop Payment | $500.00 | |
| Sublet | $2,000.00 | |
| Tax Payment Arrangement | $400.00 | |
| Telephone/Internet | $260.00 | |
| Trash | $208.57 | |
| Travel | $295.00 | |
| Water | $121.70 | |
| Total Expenses | | $27,160.21 |

## Profit / (Loss)

| | | |
|---|---|---|
| | | $3,063.91 |

# Profit & Loss Statement

for the period March 1 2016 to March 31 2016

## Income

| | | |
|---|---:|---:|
| Sales & Service | | |
| Total Income | | $20,893.97 |

## Expenses

| | | |
|---|---:|---:|
| Advertising | $0.00 | |
| Bank Charges / CC Fees | $98.43 | |
| Insurance | $140.79 | |
| Office Software - MIC | $115.00 | |
| Office Supplies | $70.76 | |
| Parts | $11,962.48 | |
| Postage & Printing | $191.07 | |
| Rent | $1,800.00 | |
| Shop Expense | $328.66 | |
| Shop Payment | $500.00 | |
| Sublet | $1,600.00 | |
| Tax Payment Arrangement | $400.00 | |
| Telephone/Internet | $0.00 | |
| Trash | $201.03 | |
| Travel | | |
| Water | $0.00 | |
| Total Expenses | | $17,408.22 |
| | | |
| Profit / (Loss) | | $3,485.75 |

# Extreme Tec Atv LLC.

*325 Lee Street*
*Mt Gilead Ohio 43338*
*419 947 9208*

## Profit & Loss Statement

for the period February 1 2016 to February 29 2016

## Income

| | |
|---|---|
| Sales & Service | |
| Total Income | $17,491.17 |

## Expenses

| | |
|---|---|
| Advertising | $0.00 |
| Bank Charges / CC Fees | $99.23 |
| Insurance | $140.79 |
| Office Software - MIC | $115.00 |
| Office Supplies | $0.00 |
| Parts | $13,427.56 |
| Postage & Printing | $128.78 |
| Rent | $0.00 |
| Shop Expense | $193.67 |
| Shop Payment | $500.00 |
| Sublet | $400.00 |
| Tax Payment Arrangement | $400.00 |
| Telephone/Internet | $258.28 |
| Trash | $0.00 |
| Travel | $0.00 |
| Water | $123.55 |
| Total Expenses | $15,786.86 |

| | |
|---|---|
| **Profit / (Loss)** | $1,704.31 |

# Extreme Tec Atv LLC.

*325 Lee Street*
*Mt Gilead Ohio 43338*
*419 947 9208*

## Profit & Loss Statement

### for the period 1 January 2016 to 31 January 2016

## Income

| | | |
|---|---|---|
| Sales & Service | | |
| **Total Income** | | $8,832.15 |

## Expenses

| | | |
|---|---|---|
| Advertising | $0.00 | |
| Bank Charges / CC Fees | $209.13 | |
| Insurance | $140.79 | |
| Office Software - MIC | $115.00 | |
| Office Supplies | $35.07 | |
| Parts | $4,524.98 | |
| Postage & Shipping | $0.00 | |
| Rent | $900.00 | |
| Shop Expense | $254.40 | |
| Shop Payment | $500.00 | |
| Sublet | $0.00 | |
| Tax Payment Arrangement | $400.00 | |
| Telephone/Internet | $0.00 | |
| Trash | $0.00 | |
| Travel | $0.00 | |
| Water | $0.00 | |
| **Total Expenses** | | $7,079.37 |
| | | |
| **Profit / (Loss)** | | **$1,752.78** |

## Profit & Loss Statement
for the period Dec 1 2015 to Dec 31 2016

### Income

| | | |
|---|---:|---:|
| Sales & Service | | |
| Total Income | | $12,130.17 |

### Expenses

| | | |
|---|---:|---:|
| Advertising | $0.00 | |
| Bank Charges / CC Fees | $127.52 | |
| Insurance | $140.79 | |
| Office Software - MIC | $115.00 | |
| Office Supplies | $47.18 | |
| Parts | $5,956.80 | |
| Postage & Printing | $0.00 | |
| Rent | $900.00 | |
| Shop Expense | $77.42 | |
| Shop Payment | $500.00 | |
| Sublet | $1,600.00 | |
| Tax Payment Arrangement | $400.00 | |
| Telephone/Internet | $384.70 | |
| Trash | $146.52 | |
| Travel | $0.00 | |
| Water | $120.00 | |
| Total Expenses | | $10,515.93 |

### Profit / (Loss)   $1,614.24

# Profit & Loss Statement
for the period Nov 1 2015 to Nov 30 2015

## Income

| | | |
|---|---|---|
| Sales & Service | | |
| Total Income | | $12,616.68 |

## Expenses

| | | |
|---|---|---|
| Advertising | $0.00 | |
| Bank Charges / CC Fees | $89.18 | |
| Insurance | $106.91 | |
| Office Software - MIC | $115.00 | |
| Office Supplies | $42.38 | |
| Parts | $7,729.62 | |
| Postage & Printing | $7.27 | |
| Rent | $900.00 | |
| Shop Expense | $90.08 | |
| Shop Payment | $500.00 | |
| Sublet | $900.00 | |
| Tax Payment Arrangement | $400.00 | |
| Telephone/Internet | $0.00 | |
| Trash | $0.00 | |
| Travel | $0.00 | |
| Water | $0.00 | |
| Total Expenses | | $10,880.44 |

| | | |
|---|---|---|
| Profit / (Loss) | | $1,736.24 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeffrey A. Barker, Sr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Cori R. Barker** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number  **2:16-bk-53244**
(if known)

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Jeffrey A. Barker, Sr.**                                   X **/s/ Cori R. Barker**
**Jeffrey A. Barker, Sr.**                                            **Cori R. Barker**
Signature of Debtor 1                                                  Signature of Debtor 2

Date **October 10, 2016**                                         Date **October 10, 2016**